**ELAM P. WARNER** *versus* **RUFUS WILSON.**

JOURNAL ENTRIES (1831–32): *Journal 4:* (1) Rule to join in error *p. 481; (2) judgment affirmed, judgment *p. 512.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) precipe for certiorari; (3) writ of certiorari and return; (4) assignment of errors; (5) motion for rule to join in error; (6) copy of rule for joinder, proof of service; (7) joinder in error.

*1824–36 Calendar*, MS p. 216.

**EBENEZER HURD** *versus* **SYDNEY S. HAWKINS** (ADMINISTRATOR, ETC., OF **RICHARD HAWKINS,** DECEASED), **HARRIET CLINES, MAR-**

**TIN CLINES, GEORGE HAWKINS, SYLVIA BRISTOL,** AND **ENOS BRISTOL.**

JOURNAL ENTRIES (1831–32): *Journal 4:* (1) Motion to dissolve injunction and to dismiss bill *p. 481; (2) injunction dissolved, bill dismissed *p. 497.

PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) bond for injunction; (3–4) motions to dissolve injunction and to dismiss bill.

*Chancery Case* 145 of 1831.

**STEPHEN B. COMSTOCK** *versus* **DANIEL O. COMSTOCK, LYDIA B. COMSTOCK, SARAH P. COMSTOCK, JAMES M. COMSTOCK, ANNA M. COMSTOCK, NATHAN D. COMSTOCK, CHLOE M. COMSTOCK,** AND **ISAAC T. COMSTOCK,** CHILDREN AND HEIRS OF **NATHAN COMSTOCK,** DECEASED.

JOURNAL ENTRIES (1831–32): *Journal 4:* (1) Guardian ad litem appointed, rule to appear and for publication of notice *p. 487; (2) decree *p. 524.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena and return; (4) affidavit of non-residence; (5) motion for appointment of guardian ad litem and for publication of notice; (6) answer; (7) decree signed by all of the judges.

*Chancery Case* 146 of 1831.

IN THE MATTER OF **THOMAS SNYDER,** DETAINED AS A WITNESS IN MACOMB COUNTY JAIL.

JOURNAL ENTRIES (1832): *Journal 4:* (1) Motion to transfer granted *p. 497.

PAPERS IN FILE: [None]